UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------

**Edward Urena,**

          Petitioner,

-vs-                                 ORDER

William Phillips, Superintendent,       CV-04-5587(FB)

          Respondents.
-----------------------------------

      On June 22, 2005 the pro se petitioner filed a letter request for an extension of time to file his traverse brief. Accordingly, it is

      HEREBY ORDERED that the pro se petitioner's request is GRANTED and his traverse brief shall be served and filed by September 2, 2005.

      The clerk is directed to mail copies of this notice to all parties.


DATED: Brooklyn, New York
       July 5, 2005

                                           _____
                                               U.S.D.J.


cc.: Edward Urena, pro se petitioner
     ADA Amy Appelbaum