UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDWARD URENA,                                   JUDGMENT
                                                04-CV- 5587 (FB)
                        Petitioner,

    -against-

WILLIAM PHILLIPS, Superintendent,

                        Respondent.
-----------------------------------------------------------------X

     A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on January 9, 2006, denying the petition for a writ of habeas corpus; and ordering that a Certificate of Appealability will not issue; it is

     ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that a Certificate of Appealability will not issue.


Dated: Brooklyn, New York
       January 10, 2006

                                                ROBERT C. HEINEMANN
                                                Clerk of Court